**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTEN BURTON, individually and on behalf of herself and all others similarly situated,<br>*Plaintiff,*<br>v.<br>COMMERCIAL INVESTIGATIONS LLC,<br>*Defendant.* | Case No. 1:25-cv-1740 (BKS/MJK) |

**DEFENDANT COMMERCIAL INVESTIGATIONS LLC'S**
**CORRECTED NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that at 9:30 a.m. on **March 9, 2026**, or as soon thereafter as counsel may be heard, Defendant Commercial Investigations LLC ("Commercial Investigations") will move this Honorable Court, located at the James M. Hanley Federal Building and U.S. Courthouse, 100 S. Clinton St., Syracuse, NY 13261, before the Honorable Brenda K. Sannes, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss all claims asserted by Plaintiff with prejudice.[1] This motion shall rely upon the accompanying Memorandum of Law, its supporting documents and all pleadings of record. Commercial Investigations requests dismissal as well as such other and further relief as the Court may deem just and equitable.

[1] The original notice set the return date for a Saturday.

A response hereto is due February 24, 2026.

Dated: New York, New York
February 3, 2026

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**



Matthew B. Johnson
N.D.N.Y. Bar # 520602
49 W. Jericho Turnpike #1004
S. Huntington, NY 11746-3603
Ph: 646.718.4403
mjohnson@messerstrickler.com
*Attorneys for Defendant Commercial Investigations LLC*